UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JENNYNE REEVES, ET AL. | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:20-CV-303-SDJ |
| | § | |
| PRODUCTION DELIVERY | § | |
| SERVICES, INC. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 11, 2021, the Report of the Magistrate Judge, (Dkt. #50), was entered containing proposed findings of fact and recommendations that the proposed settlement be accepted as being in the best interest of the Minor Plaintiffs, and the proposed Agreed Final Judgment be entered.

Having received the Report of the United States Magistrate Judge, and the objections period thereto having been waived, the Court determines that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore **ORDERED** that the Parties' proposed settlement agreement is accepted as being in the best interests of the Minor Plaintiffs, and the proposed Agreed Final Judgment will be entered. The guardian ad litem is awarded compensation in the amount of $6,965.00, to be paid by the Defendant, and is hereby discharged from any further duties or obligations in this case.

**So ORDERED and SIGNED this 14th day of June, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE